**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-6761

---

THURMAN VAN LILLY,

Plaintiff - Appellant,

versus

MICHAEL SCHWARTZ, Chief; KENNETH OWENS,
Captain; FAY BARRINAUE, Lieutenant,

Defendants - Appellees,

and

LAMONT LEE GREENE; VERNON HUGE; ISAAC PRIEST;
ALLEN BELL, JR.; MICHAEL ROBINSON; MELVIN
GREEN; JOE WALKER,

Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Joseph F. Anderson, Jr., Chief
District Judge. (CA-03-2526-2-17AJ)

---

Submitted: September 29, 2005    Decided: October 7, 2005

---

Before WILKINSON, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thurman Van Lilly, Appellant Pro Se. Richard Michael Smith, MCNAIR
LAW FIRM, P.A., Columbia, South Carolina; William Walter Doar, Jr.,
MCNAIR LAW FIRM, P.A., Georgetown, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thurman Van Lilly appeals the district court's order accepting the report of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Lilly v. Schwartz</u>, No. CA-03-2526-2-17AJ (D.S.C. Mar. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>